THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, | CASE NO. C17-1874-JCC |
| Plaintiff, | ORDER |
| v. | |
| JOHN DOES 1-10, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's motion for expedited discovery (Dkt. No. 3). Having reviewed the complaint and the papers filed in connection with this matter, the Court GRANTS Plaintiff's motion.

Prior to the Rule 26(f) conference, Plaintiff may serve Rule 45 subpoenas on the following companies to obtain information that may help identify the defendants in this action: Big Rock Solutions, Ltd. and/or its parent companies, Privacy Protect, LLC, and Digital Ocean, LLC. Plaintiff may also serve Rule 45 subpoenas on other companies or individuals that may be discovered from the information possessed by the companies identified above that could reasonably lead to the discovery or confirmation of the defendants' identities. The subpoenas may not be used for purposes other than identifying the defendants in this action.

//

//

1       DATED this 3rd day of January 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE