AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Western District of Washington__ on the following

☑ Trademarks or  ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:17-cv-01874 | DATE FILED<br>12/15/2017 | U.S. DISTRICT COURT<br>Western District of Washington |
|---|---|---|
| PLAINTIFF<br>MICROSOFT CORPORATION, a Washington corporation | | DEFENDANT<br>JOHN DOES 1-10 |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | See Exhibit A | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Case dismissed per Plaintiff's Notice of Voluntary Dismissal. |

| CLERK<br>William McCool | (BY) DEPUTY CLERK<br>s/ Tomas Hernandez | DATE<br>3/16/2018 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

## Exhibit A

|    | Trademark No. | Date of Trademark  | Holder of Trademark   |
|----|---------------|--------------------|-----------------------|
| 1  | 1,200,236     | July 6, 1982       | Microsoft             |
| 2  | 1,872,264     | January 10, 1995   | Microsoft Corporation |
| 3  | 2,153,763     | April 28, 1998     | Microsoft Corporation |
| 4  | 2,188,125     | September 8, 1998  | Microsoft Corporation |
| 5  | 2,600,020     | July 30, 2002      | Microsoft Corporation |
| 6  | 2,698,179     | March 18, 2003     | Microsoft Corporation |
| 7  | 2,902,268     | November 9, 2004   | Microsoft Corporation |
| 8  | 3,975,040     | June 7, 2011       | Microsoft Corporation |
| 9  | 4,185,310     | August 7, 2012     | Microsoft Corporation |
| 10 | 4,355,446     | June 18, 2013      | Microsoft Corporation |
| 11 | 4,423,056     | October 22, 2013   | Microsoft Corporation |
| 12 | 4,456,462     | December 24, 2013  | Microsoft Corporation |
| 13 | 4,459,826     | December 31, 2013  | Microsoft Corporation |
| 14 | 4,471,469     | January 21, 2014   | Microsoft Corporation |
| 15 | 4,491,851     | March 4, 2014      | Microsoft Corporation |
| 16 | 4,552,363     | June 17, 2014      | Microsoft Corporation |
| 17 | 4,560,827     | July 1, 2014       | Microsoft Corporation |
| 18 | 4,696,736     | March 3, 2015      | Microsoft Corporation |
| 19 | 4,827,884     | October 6, 2015    | Microsoft Corporation |
| 20 | 5,063,048     | October 18, 2016   | Microsoft Corporation |
| 21 | 5,064,438     | October 18, 2016   | Microsoft Corporation |
| 22 | 5,092,814     | November 29, 2016  | Microsoft Corporation |
| 23 | 5,110,718     | December 27, 2016  | Microsoft Corporation |